IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT EDWARD KUBIAK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RAVALLI, SHERIFF STEPHEN HOLTON, DEPUTY DARYL PETZ, and JOHN DOES 1-10,<br><br>Defendants. | CV 20-36-M-DWM<br><br><br><br>JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff pursuant to Rule 68 of the Federal Rules of Civil Procedure and this Court's Order entered this date.

      Dated this 14th day of June, 2021.

                                         TYLER P. GILMAN, CLERK

                                         /s/ Nicole Stephens
                                         Nicole Stephens, Deputy Clerk